IRENE KARBELASHVILI, Esq. (SBN 232223)
IRAKLI KARBELASHVILI, Esq. (SBN 302971)
ALLACCESS LAW GROUP
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142
irene@allaccesslawgroup.com
irakli@allaccesslawgroup.com

Attorneys for Plaintiff DEBRA VOLLE

*Defense counsel listed after caption

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA VOLLE,<br><br>Plaintiff,<br><br>vs.<br><br>FOXWORTHY GAS "LP", a California limited partnership, dba FOXWORTHY GAS; SUKHDEV SINGH, in individual and representative capacity as trustee of the SUKHDEV SINGH and RAJWINDER KAUR Revocable Trust dated August 4, 2022; and RAJWINDER KAUR, in individual and representative capacity as trustee of the SUKHDEV SINGH and RAJWINDER KAUR Revocable Trust dated August 4, 2022,<br><br>Defendants | Case No. 5:24-cv-03236-EKL<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER DISMISSING ACTION WITH PREJUDICE** |

STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE
1

|   |   |
|---|---|
| 1 | **MUSICK, PEELER & GARRETT LLP** |
| 2 | 650 Town Center Drive, Suite 1200 |
| 3 | Costa Mesa, California 92626-1925 |
|   | Telephone (714) 668-2400 |
| 4 | Facsimile (714) 668-2490 |
| 5 | Shireen B. Rogers (State Bar No. 163507) |
|   | s.rogers@musickpeeler.com |

Attorneys for Defendants FOXWORTHY GAS, SUKHDEV SINGH, in individual and representative capacity as trustee of the SUKHDEV SINGH AND RAJWINDER KAUR Revocable Trust dated August 4, 2022; and RAJWINDER KAUR, in individual and representative capacity as trustee of the SUKHDEV SINGH AND RAJWINDER KAUR Revocable Trust dated August 4, 2022,

Plaintiff DEBRA VOLLE ("Plaintiff") and Defendants FOXWORTHY GAS, SUKHDEV SINGH, in individual and representative capacity as trustee of the SUKHDEV SINGH AND RAJWINDER KAUR Revocable Trust dated August 4, 2022; and RAJWINDER KAUR, in individual and representative capacity as trustee of the SUKHDEV SINGH AND RAJWINDER KAUR Revocable Trust dated August 4, 2022 (collectively, "Defendants") (Plaintiff and Defendants together, the "Parties") stipulation that this action be dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(2). The Parties also request that the Court retain jurisdiction over their settlement agreement in accordance with General Order No. 56.

Respectfully submitted,

DATED: January 28, 2025                MUSICK, PEELER & GARRETT LLP

By: _____
Shireen B. Rogers
Attorneys for Defendants
SUKHDEV SINGH, in individual and

STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE
2

representative capacity as trustee of the SUKHDEV SINGH AND RAJWINDER KAUR Revocable Trust dated August 4, 2022; and RAJWINDER KAUR, in individual and representative capacity as trustee of the SUKHDEV SINGH AND RAJWINDER KAUR Revocable Trust dated August 4, 2022

DATED: January 30, 2025                ALLACCESS LAW GROUP

By: /s/ Irakli Karbelashvili
Irakli Karbelashvili
Attorneys for Plaintiff
DEBRA VOLLE

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

3

## [~~PROPOSED~~] ORDER

Having reviewed the stipulation and good cause appearing, this action is dismissed with prejudice. The Court retains jurisdiction over the settlement agreement.

**IT IS SO ORDERED.**

Date:  January 30, 2025



_____
United States District Judge